AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Douglas H. | D.C. Circuit | 12/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (senior) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | George Mason University Antonin Scalia Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. 2016 | George Mason Univ. Antonin Scalia Law School | $359,696.30 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2016 | Self employed fundraiser for nonprofit |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bar Association | 1/17/2016 - 1/19/2016 | New Orleans, LA | Professional Association | Travel related expenses |
| 2. | George Mason Univ. Antonin Scalia Law School | 3/4/2016 - 3/14/2016 | Istanbul, Turkey | Teaching | Travel related expenses |
| 3. | George Mason Univ. Antonin Scalia Law School | 3/23/2016 - 3/23/2016 | Pittsburg, PA | Teaching | Travel related expenses |
| 4. | Mentor Group | 4/8/2016 - 4/13/2016 | Brussels, Belgium | Conference | Travel related expenses |
| 5. | Federalist Society | 4/16/2016 - 4/18/2016 | New York, NY | Professional Association | Travel related expenses |
| 6. | Gerorge Mason Univ. Global Antitrust Institute | 4/24/2016 - 4/29/2016 | Singapore, Singapore | Teaching | Travel related expenses |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Free to Choose Network | 5/25/2016 - 5/26/2016 | New York, NY | Educational TV | Travel realted expenses |
| 8. | Jevons Institute | 6/1/2016 - 6/4/2016 | Brussles, Belgium | Conference | Travel related expenses |
| 9. | George Mason Univ. Antonin Scalia Law School | 6/6/2016 - 6/7/2016 | Amsterdam, Netherlands | Teaching | Travel related expenses |
| 10. | George Mason Univ. Antonin Scalia Law School | 6/7/2016 - 6/11/2016 | Budapest, Hungary | Teaching | Travel related expenses |
| 11. | Concurrances OECD | 6/12/2016 - 6/15/2016 | Paris, France | Teaching | Travel related expenses |
| 12. | George Mason Univ. Antonin Scalia Law School | 7/14/2016 - 7/27/2016 | San Fransico, CA | Teaching | Travel related expenses |
| 13. | Goerge Mason Univ. Antonin Scalia Law School | 8/2/2016 - 8/22/2016 | Northeast Harbor, ME | Teaching | Travel related expenses |
| 14. | Free to Choose Network | 8/24/2016 - 9/1/2016 | Northeast Harbor, ME | Educational TV | Travel related expenses |
| 15. | Mont Perlin Society | 9/18/2016 - 9/24/2016 | Miami, FL | Professional Association | Travel related expenses |
| 16. | George Mason Univ. Antonin Scalia Law School | 9/29/2016 - 10/1/2016 | Williamsburg, VA | Teaching | Travel related expenses |
| 17. | George Mason Univ. Global Antitrust Institute | 10/26/2016 - 10/29/2016 | Beijing, China | Teaching | Travel related expenses |
| 18. | George Mason Univ. Global Antitrust Institute | 10/29/2017 - 11/5/2016 | Seoul, Korea | Teaching | Travel related expenses |
| 19. | Free to Choose Network | 11/12/2016 - 11/14/2016 | New York, NY | Educational TV | Travel related expenses |
| 20. | George Mason Univ. Antonin Scalia Law School | 11/25/2016 - 12/3/2016 | Paris, France | Teaching | Travel related expenses |
| 21. | George Mason Univ. Antonin Scalia Law School | 12/3/2016 - 12/12/2016 | Shanghai, China | Teaching | Travel related expenses |
| 22. | George Mason Univ. Antonin Scalia Law School | 12/13/2016 - 12/15/2016 | New York, NY | Teaching | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAATraditional | | None | N | T | | | | | |
| 2. CREF Equity Index R3 | | None | K | T | | | | | |
| 3. WBRXX (renamed FZBXX) | B | Dividend | O | T | | | | | |
| 4. CVX | C | Dividend | M | T | | | | | |
| 5. ECL | A | Dividend | M | T | Buy (add'l) | 12/08/16 | K | | |
| 6. EPD | B | Dividend | K | T | | | | | |
| 7. FAST | B | Dividend | M | T | | | | | |
| 8. PEP | B | Dividend | K | T | | | | | |
| 9. SRCL | | None | | | Sold | 07/29/16 | M | G | |
| 10. TSCO | B | Dividend | L | T | | | | | |
| 11. SYK | B | Dividend | M | T | | | | | |
| 12. KMX | | None | M | T | Buy (add'l) | 12/08/16 | K | | |
| 13. COO | | None | | | Sold | 01/22/16 | M | E | |
| 14. DNKN | | None | | | Sold | 01/12/16 | L | D | |
| 15. SMG | D | Dividend | N | T | Buy (add'l) | 05/03/16 | L | | |
| 16. ABT | | None | | | Sold | 01/28/16 | M | D | |
| 17. BMY | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SBUX | B | Dividend | M | T | | | | | |
| 19. IDXX | | None | M | T | | | | | |
| 20. PINC | | None | | | Sold | 06/20/16 | L | C | |
| 21. CHD | B | Dividend | M | T | | | | | |
| 22. C | A | Dividend | J | T | | | | | |
| 23. CVS | B | Dividend | M | T | | | | | |
| 24. DXCM | | None | M | T | | | | | |
| 25. BSV | B | Dividend | | | Sold (part) | 06/20/16 | M | A | |
| 26. | | | | | Sold | 09/14/16 | N | A | |
| 27. PGND | | None | | | Buy (add'l) | 05/03/16 | M | | |
| 28. | | | | | Sold | 10/21/16 | N | F | |
| 29. ALGN | | None | N | T | | | | | |
| 30. BGS | | None | M | T | Buy | 12/08/16 | M | | |
| 31. FTV | A | Dividend | K | T | Spinoff (from line 119) | 07/05/16 | K | | |
| 32. GE | C | Dividend | N | T | Buy | 01/22/16 | M | | |
| 33. | | | | | Buy (add'l) | 05/03/16 | M | | |
| 34. RMAX | B | Dividend | M | T | Buy | 06/09/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RBA | | None | M | T | Buy | 11/23/16 | M | | |
| 36. UPS | | None | M | T | Buy | 12/08/16 | M | | |
| 37. VCSH | B | Dividend | | | Buy | 09/14/16 | N | | |
| 38. | | | | | Sold | 12/08/16 | N | | |
| 39. NVRO | | None | | | Buy | 08/03/16 | M | | |
| 40. | | | | | Sold | 12/08/16 | M | | |
| 41. AQMIX | | None | | | Buy | 06/22/16 | N | | |
| 42. | | | | | Sold | 12/08/16 | M | | |
| 43. XOM | D | Dividend | O | T | | | | | |
| 44. MRK | A | Dividend | K | T | | | | | |
| 45. RDS A | B | Dividend | K | T | | | | | |
| 46. BMY | A | Dividend | | | Sold (part) | 08/11/16 | J | A | |
| 47. | | | | | Sold | 09/14/16 | K | A | |
| 48. CHD | A | Dividend | K | T | | | | | |
| 49. CVS | A | Dividend | K | T | | | | | |
| 50. ECL | A | Dividend | K | T | | | | | |
| 51. SIRO (now XRAY) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PINC | | None | | | Sold | 06/27/16 | K | B | |
| 53. DXCM | | None | K | T | | | | | |
| 54. GE | A | Dividend | K | T | Buy | 01/22/16 | J | | |
| 55. JCOM | A | Dividend | K | T | Buy | 09/14/16 | K | | |
| 56. RMAX | A | Dividend | K | T | Buy | 06/27/16 | K | | |
| 57. RAD | | None | J | T | Buy | 09/09/16 | J | | |
| 58. VCSH | A | Dividend | K | T | Buy | 05/03/16 | L | | |
| 59. | | | | | Sold | 08/01/16 | L | A | |
| 60. | | | | | Buy | 09/14/16 | K | | |
| 61. AQMIX | | None | | | Buy | 09/14/16 | K | | |
| 62. | | | | | Sold | 12/08/16 | J | | |
| 63. MO | C | Dividend | M | T | | | | | |
| 64. JNJ | A | Dividend | K | T | | | | | |
| 65. PM | C | Dividend | M | T | | | | | |
| 66. CVS | A | Dividend | | | Sold | 11/28/16 | J | A | |
| 67. DNKN | | None | | | Sold | 01/12/16 | J | | |
| 68. HCSG | A | Dividend | | | Sold | 09/07/16 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CMG | | None | | | Sold | 01/07/16 | J | | |
| 70. BMY | A | Dividend | | | Sold | 08/17/16 | J | A | |
| 71. CHD | A | Dividend | K | T | | | | | |
| 72. SIRO (now XRAY) | A | Dividend | J | T | Sold (part) | 06/20/16 | J | C | |
| 73. SYK | A | Dividend | K | T | | | | | |
| 74. MJN | A | Dividend | K | T | Buy (add'l) | 11/28/16 | J | | |
| 75. PINC | | None | | | Sold | 06/20/16 | J | B | |
| 76. DXCM | | None | K | T | | | | | |
| 77. SMG | A | Dividend | K | T | Buy (add'l) | 01/22/16 | J | | |
| 78. CTLT | | None | | | Sold | 05/05/16 | J | B | |
| 79. CERN | | None | | | Sold | 11/11/16 | J | | |
| 80. MRCC | B | Dividend | K | T | Buy (add'l) | 05/03/16 | J | | |
| 81. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 82. CEB | A | Dividend | | | Sold | 05/03/16 | J | | |
| 83. ABT | A | Dividend | | | Sold | 01/28/16 | J | | |
| 84. PG | A | Dividend | J | T | Buy (add'l) | 11/28/16 | J | | |
| 85. ALGN | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMZN | | None | K | T | Buy | 02/02/16 | J | | |
| 87. | | | | | Buy | 05/03/16 | J | | |
| 88. | | | | | Buy | 05/05/16 | J | | |
| 89. JCOM | A | Dividend | K | T | Buy | 09/14/16 | K | | |
| 90. RMAX | A | Dividend | K | T | Buy | 09/14/16 | K | | |
| 91. RBA | | None | J | T | Buy | 11/23/16 | J | | |
| 92. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 93. SBUX | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 94. AQMIX | A | Dividend | K | T | Buy | 06/22/16 | K | | |
| 95. MMP | B | Dividend | K | T | | | | | |
| 96. BP | B | Dividend | K | T | | | | | |
| 97. KO | A | Dividend | K | T | | | | | |
| 98. ESRX | | None | M | T | | | | | |
| 99. MON | A | Dividend | K | T | | | | | |
| 100. SLB | B | Dividend | L | T | | | | | |
| 101. TMCO | | None | | | Sold | 02/12/16 | L | E | |
| 102. AMZN | | None | M | T | Buy (add'l) | 02/02/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DUK | B | Dividend | K | T | | | | | |
| 104. EMR | B | Dividend | L | T | | | | | |
| 105. ETE | B | Dividend | K | T | | | | | |
| 106. NEE | A | Dividend | K | T | | | | | |
| 107. MCD | B | Dividend | L | T | | | | | |
| 108. ACN | A | Dividend | K | T | | | | | |
| 109. CVX | B | Dividend | L | T | | | | | |
| 110. CBSH | A | Dividend | K | T | | | | | |
| 111. EEP | B | Dividend | K | T | | | | | |
| 112. ETP | C | Dividend | K | T | | | | | |
| 113. PAA | A | Dividend | J | T | | | | | |
| 114. OKS | B | Dividend | K | T | | | | | |
| 115. BA | B | Dividend | K | T | | | | | |
| 116. HDSIX | A | Dividend | L | T | | | | | |
| 117. Wells Fargo Bank (bank deposit sweep) | A | Interest | N | T | | | | | |
| 118. CMG | | None | | | Sold | 01/07/16 | L | D | |
| 119. DHR | A | Dividend | M | T | Buy (add'l) | 12/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HCSG | C | Dividend | M | T | | | | | |
| 121. V | A | Dividend | M | T | | | | | |
| 122. KSU | A | Dividend | | | Sold | 02/10/16 | K | B | |
| 123. GBDC | B | Dividend | K | T | | | | | |
| 124. NKE | A | Dividend | K | T | | | | | |
| 125. AMT | A | Dividend | K | T | Sold (part) | 06/14/16 | J | C | |
| 126. CELG | | None | | | Sold | 02/10/16 | K | D | |
| 127. VNQ | B | Dividend | K | T | | | | | |
| 128. DVY | A | Dividend | | | Sold | 06/23/16 | K | C | |
| 129. SBAC | | None | | | Sold | 06/14/16 | J | | |
| 130. VZ | A | Dividend | K | T | | | | | |
| 131. PSX | A | Dividend | J | T | | | | | |
| 132. NMFC | A | Dividend | | | Sold | 06/23/16 | J | | |
| 133. TSLX | A | Dividend | | | Sold | 06/23/16 | J | | |
| 134. TCAP | A | Dividend | | | Sold | 06/23/16 | J | | |
| 135. NSC | A | Dividend | J | T | | | | | |
| 136. UPS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TJX | A | Dividend | J | T | | | | | |
| 138. HDV | C | Dividend | L | T | | | | | |
| 139. CMCSA | A | Dividend | J | T | | | | | |
| 140. DIS | A | Dividend | | | Sold | 06/23/16 | J | | |
| 141. AMGN | A | Dividend | | | Sold | 06/23/16 | J | | |
| 142. VIG | A | Dividend | | | Sold | 06/23/16 | J | B | |
| 143. AFL | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 144. BDX | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 145. CB | A | Dividend | K | T | Buy | 11/18/16 | K | | |
| 146. LOW | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 147. MDT | A | Dividend | K | T | Buy | 02/10/16 | J | | |
| 148. | | | | | Buy | 12/06/16 | J | | |
| 149. RAD | | None | J | T | Buy | 08/31/16 | J | | |
| 150. XLK | A | Dividend | K | T | Buy | 02/12/16 | K | | |
| 151. XLU | A | Dividend | K | T | Buy | 02/12/16 | K | | |
| 152. XLF | A | Dividend | J | T | Buy | 02/10/16 | K | | |
| 153. | | | | | Sold | 06/23/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 11/09/16 | J | | |
| 155. SYK | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 156. WEFIX | A | Dividend | | | Buy | 10/17/16 | L | | |
| 157. | | | | | Sold | 12/29/16 | L | | |
| 158. VCSH | A | Dividend | | | Buy | 06/14/16 | J | | |
| 159. | | | | | Buy (add'l) | 10/17/16 | L | | |
| 160. | | | | | Sold | 12/27/16 | L | | |
| 161. LDLFX | A | Dividend | | | Buy | 10/17/16 | L | | |
| 162. | | | | | Sold | 12/29/16 | L | | |
| 163. CVS | A | Dividend | | | Buy | 02/10/16 | J | | |
| 164. | | | | | Sold | 06/23/16 | J | | |
| 165. BR | A | Dividend | | | Buy | 02/12/16 | J | | |
| 166. | | | | | Sold | 11/09/16 | J | B | |
| 167. FZBXX (renamed FDRXX) | A | Dividend | L | T | | | | | |
| 168. ABT | A | Dividend | | | Sold | 01/28/16 | K | B | |
| 169. AMZN | | None | L | T | | | | | |
| 170. BMY | A | Dividend | | | Buy (add'l) | 05/05/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/17/16 | K | C | |
| 172. CERN | | None | | | Sold (part) | 08/17/16 | J | | |
| 173. | | | | | Sold | 11/11/16 | J | | |
| 174. CHD | A | Dividend | K | T | | | | | |
| 175. CVS | A | Dividend | K | T | | | | | |
| 176. DHR | | None | K | T | Buy | 11/28/16 | K | | |
| 177. DXCM | | None | K | T | | | | | |
| 178. DNKN | | None | | | Sold | 01/12/16 | K | | |
| 179. ECL | A | Dividend | K | T | Buy (add'l) | 02/29/16 | J | | |
| 180. IDXX | | None | K | T | Sold (part) | 06/20/16 | K | D | |
| 181. LKQ | | None | K | T | | | | | |
| 182. PINC | | None | | | Sold | 06/20/16 | K | B | |
| 183. SMG | A | Dividend | L | T | Buy | 05/05/16 | J | | |
| 184. SIRO (now XRAY) | A | Dividend | K | T | Sold (part) | 08/17/16 | K | D | |
| 185. SBUX | A | Dividend | | | Sold | 08/17/16 | K | D | |
| 186. SYK | A | Dividend | K | T | | | | | |
| 187. V | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PG | A | Dividend | K | T | | | | | |
| 189. CTLT | | None | | | Sold | 05/05/16 | K | | |
| 190. ALGN | | None | K | T | | | | | |
| 191. BGS | A | Dividend | K | T | | | | | |
| 192. PAYX | B | Dividend | K | T | Buy (add'l) | 02/29/16 | J | | |
| 193. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 194. | | | | | Sold (part) | 08/17/16 | J | B | |
| 195. PGND | | None | | | Buy (add'l) | 05/05/16 | J | | |
| 196. | | | | | Sold | 08/17/16 | K | D | |
| 197. RMAX | A | Dividend | K | T | | | | | |
| 198. GE | A | Dividend | K | T | Buy (add'l) | 02/18/16 | J | | |
| 199. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 200. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 201. GOOG | | None | K | T | Buy | 01/27/16 | K | | |
| 202. HCSG | A | Dividend | | | Buy | 02/29/16 | K | | |
| 203. | | | | | Sold | 09/07/16 | K | B | |
| 204. JCOM | A | Distribution | K | T | Buy | 09/14/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. RBA | | None | K | T | Buy | 11/23/16 | K | | |
| 206. AQMIX | A | Dividend | L | T | Buy | 06/22/16 | K | | |
| 207. FUTURES OPTIONS (See VIII) | | None | L | T | Buy | | K | | |
| 208. FUTURES OPTIONS (See VIII) | | None | L | T | Sold | 02/03/16 | | E | |
| 209. ZIVO | | None | J | T | Buy (add'l) | 02/03/16 | J | | |
| 210. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 211. RAD | | None | K | T | Buy (add'l) | 08/29/16 | K | | |
| 212. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 213. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 214. MDLZ | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.
#40 SIRO (merged with XRAY 3/22/16)
#53 SIRO (merged with XRAY 3/22/16)
#186 SIRO (merged with XRAY 3/22/16)

#168 & #169 - Futures options - Discretionary trading account and the trader makes all the transactions; I do not have the ability to make a transaction. All investments are future contracts, e.g. on metals, currancies and comodities such as orange juice; no corporate securities involved.

Updated and corrected 12/11/17
Part VII

Line 1: "TIAA CREF Retirement Account" should be deleted because the holdings in that account appear in line 3-206.
Insert in line 1 "TIAA Traditional " value code N.

Part VII
Line 2: Sep - "IRA Account" should be deleted from the report.
Insert in line 2 CREF Equity Index R3 and value code K.

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 12/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544